445 A.2d 240

Commonwealth v. Brown, Jr., Appellant.

Petition for Allowance of Appeal Denied Sept. 15, 1982.

Submitted December 16, 1981. Raymond R. Williams, Assistant Public Defender, for appellant; Rex R. Gary, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.